IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02147-KLM

U-SWIRL INTERNATIONAL, INC., a Nevada corporation,

    Plaintiff,

and

U-SWIRL, INC., a Nevada corporation, and

    Plaintiff/Counterclaim Defendant,

v.

DJRJ ENTERPRISES, LLC, formerly known as Cherryberry Enterprises LLC, an Oklahoma limited liability company,
DJRJ CORPORATE, LLC, formerly known as Cherryberry Corporate LLC, an Oklahoma limited liability company, and
DJRJ, LLC, formerly known as CHERRYBERRY LLC, an Oklahoma limited liability company,

    Defendants/Counterclaim Plaintiffs/Third-Party Plaintiffs,

and

DALLAS JONES, individually,
ROBYN JONES, individually,
ULDERICO CONTE, individually, and
OTHER UNKNOWN INDIVIDUALS,

    Defendants,

v.

ROCKY MOUNTAIN CHOCOLATE FACTORY, INC., a Colorado corporation,

    Third-Party Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff/Counterclaim Defendant's **Unopposed Motion for Temporary Stay to Answer** [#29][1] ("Plaintiff's Motion") and Third-Party Defendant's **Second Agreed To Motion for Extension of Time to Answer or Otherwise Respond to Third Party Complaint** [#31] ("RMCF's Motion").  Plaintiff's Motion explains that the parties are scheduling mediation and, in order to conserve resources, requests either a "stay" of Plaintiff/Counterclaim Defendant's deadline to respond to the counterclaims or an unspecified extension of that deadline.  *Plaintiff's Motion* [#29] at 2.  RMCF's Motion notes that due to the scheduling of mediation in this case, "[t]he [p]arties have conferred and agreed to an extension of the answer deadline" and requests a 60-day extension of its deadline to respond to the Third-Party Complaint.  *RMCF's Motion* [#31] at 3.  Accordingly,

IT IS HEREBY **ORDERED** that Plaintiff's Motion [#29] is **GRANTED in part** to the extent it seeks an extension of its deadline to respond to the counterclaims asserted against it.  Plaintiff/Counterclaim Defendant shall respond to the counterclaims asserted against it on or before **January 12, 2016**.

IT IS FURTHER **ORDERED** that RMCF's Motion [#31] is **GRANTED**.  RMCF shall respond to the Third-Party Complaint on or before **January 12, 2016**.

Dated:  November 17, 2015

---

[1] "[#29]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this Minute Order.

2