## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge William J. Martínez

Civil Action No. 15-cv-2147-WJM-KLM

U-SWIRL, Inc., et al.

    Plaintiffs,

v.

DJRJ ENTERPRISES, LLC f/k/a CHERRYBERRY ENTERPRISES LLC, *et al.*

    Defendants,

DJRJ ENTERPRISES, LLC f/k/a CHERRYBERRY ENTERPRISES LLC, *et al.*

    Counterclaim Plaintiffs and Third-Party Plaintiffs,

v.

U-SWIRL, Inc., et al.

    Counterclaim Defendant and Third-Party Defendant.

---

### ORDER GRANTING UNOPPOSED MOTION TO DISMISS CLAIMS WITHOUT PREDJUDICE

---

Having considered Plaintiffs' Unopposed Motion to Dismiss Claims Without Prejudice (ECF No. 30), the Court ORDERS as follows:

1. Plaintiffs' Unopposed Motion to Dismiss Claims Without Prejudice (ECF No. 30) is GRANTED;

2. Plaintiffs' claims asserted in this action are DISMISSED WITHOUT PREJUDICE; and

3. The Defendants' and Third-Party Defendants' various counterclaims and third-party claims remain pending.

DATED this 2nd day of December, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Court Judge