**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 15-cv-02147-WJM

U-SWIRL, INC., a Nevada Corporation, and
U-SWIRL, INTERNATIONAL, INC., a Nevada Corporation,

      Plaintiffs,

v.

DJRJ ENTERPRISES, LLC, f/k/a CHERRYBERRY ENTERPRISES LLC, an Oklahoma
Limited Liability Company,
DJRJ CORPORATE, LLC, f/k/a CHERRYBERRY CORPORATE LLC, an Oklahoma
Limited Liability Company;
DJRJ, LLC, f/k/a CHERRYBERRY LLC, an Oklahoma Limited Liability Company;
DALLAS JONES, individually;
ROBYN JONES, individually;
ULDERICO CONTE, individually; and
OTHER UNKNOWN INDIVIDUALS,

      Defendants.

DJRJ ENTERPRISES, LLC, f/k/a CHERRYBERRY ENTERPRISES LLC, an Oklahoma
Limited Liability Company;
DJRJ CORPORATE, LLC, f/k/a CHERRYBERRY CORPORATE LLC, an Oklahoma
Limited Liability Company; and
DJRJ, LLC, f/k/a CHERRYBERRY LLC, an Oklahoma Limited Liability Company,

      Counterclaim Plaintiffs and Third-Party Plaintiffs,

v.

U-SWIRL, INC., a Nevada Corporation; and
ROCKY MOUNTAIN CHOCOLATE FACTORY, INC., a Colorado Corporation,

      Counterclaim Defendant and Third-Party Defendant.

---

FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered

during the pendency of this case, and the Order Terminating Case, entered by the

Honorable William J. Martínez, United States District Judge, on January 14, 2016

[Doc. No. 44],

IT IS ORDERED that this case is terminated.

IT IS FURTHER ORDERED that the parties shall bear their/its own costs.

Dated this 19th  day of January, 2016.


BY THE COURT:

_____
William J. Martínez
United States District Judge

BY THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Deborah Hansen_____
Deborah Hansen, Deputy Clerk